NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FERNANDO ESTEBAN ALTUNA, )
DOC #Y30629, )
                     )
         Petitioner, )
                     )
v.                      )      Case No. 2D18-2588
                     )
FLORIDA DEPARTMENT OF )
CORRECTIONS, )
                     )
         Respondent. )
_____ )

Opinion filed February 8, 2019.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Fernando Esteban Altuna, pro se.

Gayla Grant, Assistant General Counsel,
Department of Corrections, Tallahassee,
for Respondent.


PER CURIAM.


        Denied.


KELLY, BLACK, and SLEET, JJ., Concur.